# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00783-CR
## NO. 03-25-00784-CR

**Andrew Delagarza, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY,
NOS. D-1-DC-22-302628 & D-1-DC-18-208629, THE HONORABLE DAYNA BLAZEY, JUDGE
PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Andrew Delagarza seeks to appeal judgments of conviction for assault on a public servant and aggravated assault with a deadly weapon. *See* Tex. Penal Code §§ 22.01(b)(1), 22.02(a)(2). The trial court has certified that (1) these are plea-bargain cases and Delagarza has no right of appeal, and (2) Delagarza has waived the right of appeal. Accordingly, we dismiss these appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Jurisdiction

Filed: November 19, 2025

Do Not Publish